

# NUMBER 13-15-00423-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE ELECTRIC TRANSMISSION TEXAS, LLC

## On Petition for Writ of Mandamus.

## ORDER

**Before Chief Justice Valdez and Justices Rodriguez and Perkes**
**Per Curiam Order**

Relator, Electric Transmission Texas, LLC, filed an amended petition for writ of mandamus and an amended motion for emergency relief in the above cause on September 16, 2015. The Court requested that the real party in interest, Wyatt Agri Products Corporation, LLC ("Wyatt"), or any others whose interest would be directly affected by the relief sought, file responses to the motion for emergency relief and to the petition for writ of mandamus. Currently before the Court is Wyatt's motion for extension of time to file its responses in which it requests an extension of time until September 29, 2015. Relator has filed an objection to this request for extension of time.

The Court, having previously ordered that relator's motion for emergency relief be carried with the case, is now the opinion that the motion should be and is GRANTED insofar as the hearing set in the trial court for October 2, 2015 is ordered STAYED pending further order of this Court. All other relief requested in relator's motion for emergency relief is CARRIED WITH THE CASE. The Court, having examined and fully considered Wyatt's motion for extension of time and relator's objection thereto, hereby GRANTS Wyatt's motion for extension of time to file its responses.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
25th day of September, 2015.